No. 00–445. APPALACHIAN POWER CO. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 00–632. MICHIGAN ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.; and

No. 00–633. OHIO ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 213 F. 3d 663.